**James Edward BROWN, Plaintiff—Appellant,**

**v.**

**Robert W. KING, Jr., Defendant—Appellee,**

**and**

**The People of Prince William County, Defendant.**

No. 03–7843.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 15, 2004.

Decided Jan. 28, 2004.

James Edward Brown, Appellant pro se.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

James Edward Brown appeals the district court's order summarily dismissing his civil rights complaint. We have reviewed the record and the district court's memorandum opinion and order and find the appeal frivolous. Accordingly, we dismiss the appeal. We also deny Brown's motion for an evidentiary hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*